OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
  Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

September 16, 2008



Clerk of Court
U.S. District Court
Eastern District of California
4-200 Robert Matsui
United States Courthouse
501 I Street
Sacramento, CA 95814

    RE: United States v. Debbie Graziano;
        Case No.  CR 02-34-1 USDC/EDCA
                08-156M - UDSC/DE

Dear Clerk:

    Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

    Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

                                            Sincerely,

                                            Keith J. Kincaid
                                            Deputy Clerk

/kjk
enclosure

I hereby acknowledge receipt of the record in the above referenced case on _____.
                                (date)

_____
     Signature

_____
     Title

**RECEIVED**
SEP 19 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK